Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 6 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ROGER FRANKLIN, <br><br> Defendant. | 1:23-CR-2026-SAB <br><br> INDICTMENT <br><br> Vio: 18 U.S.C. § 2251(a), (e) <br>   Production of Child Pornography <br>   (Counts 1-3) <br><br> 18 U.S.C. § 2252A(a)(1), (b)(1) <br> Transportation of Child Pornography <br> (Count 4) <br><br> 18 U.S.C. § 2252A(a)(5)(B), (b)(2) <br> Possession of Child Pornography <br> (Count 5) <br><br> 18 U.S.C. § 2253 <br> Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about June 6, 2021, within the Eastern District of Washington, the

Defendant, DAVID ROGER FRANKLIN, did knowingly employ, use, persuade,

INDICTMENT – 1

induce, entice, and coerce Minor A, a child born in 2016 and wearing pink pants, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about July 17, 2021, within the Eastern District of Washington, the Defendant, DAVID ROGER FRANKLIN, did knowingly employ, use, persuade, induce, entice, and coerce Minor A, a child born in 2016 and wearing green pants, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and

INDICTMENT – 2

transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

Between on or about April 11, 2018, and on or about August 6, 2021, within the Eastern District of Washington, the Defendant, DAVID ROGER FRANKLIN, did knowingly employ, use, persuade, induce, entice, and coerce Minor A, a child born in 2016 and wearing brown pants, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 3

COUNT 4

On or about July 18, 2021, within the Eastern District of Washington, the Defendant, DAVID ROGER FRANKLIN, did knowingly transport and ship, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography as defined in 18 U.S.C. § 2256(8)(A), all in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

COUNT 5

On or about and between June 21 and June 30, 2022, within the Eastern District of Washington, the Defendant, DAVID ROGER FRANKLIN, did knowingly possess material that contained one or more images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign

INDICTMENT – 4

commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense or offenses in violation of 18 U.S.C. § 2251(a), (e); and/or 18 U.S.C. § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in this Indictment, the Defendant, DAVID ROGER FRANKLIN, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

- a 2016 Reflection 5th Wheel trailer, Washington License Plate: 6944ZN, VIN: 573FR3323G3304102;
- a Black Samsung Galaxy S7 Phone;
- a Blue Samsung Galaxy S10 Phone; and,

INDICTMENT – 5

- a Dell Laptop S/N: 3T2GN72.

DATED this 16 day of May, 2023.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 6