Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Letitia A. Sikes
Assistant United States Attorneys
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 1:23-CR-2026-SAB |
|---|---|
| Plaintiff, | MOTION TO SEAL AFFIDAVIT |
| v. | Hearing Date and Time: |
| DAVID ROGER FRANKLIN, | November 20, 2024, at 6:30 p.m. |
| Defendant. | Without Oral Argument |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Michael D. Murphy, Assistant United States Attorney for the Eastern District of Washington, hereby moves the Court for leave to file the affidavit in support of the Motion for Entry of a Preliminary Order of Forfeiture under seal to protect victim information.

DATED: November 13, 2024

Vanessa R. Waldref
United States Attorney

s/Michael D. Murphy
Michael D. Murphy
Assistant United States Attorney

MOTION TO SEAL AFFIDAVIT - 1