Gregory L. Scott
6 S. 2nd Street, Suite 1118
Yakima, WA 98901
(509) 574-0991
gregory@scottlaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-CR-2026-SAB |
| Plaintiff, | LETTERS OF SUPPORT |
| vs. | |
| DAVID ROGER FRANKLIN, | |
| Defendant | |

COMES NOW the Defendant, David Franklin, by and through his attorney of record, Gregory L. Scott, and respectfully submits the attached letters of support for consideration at his sentencing.

RESPECTFULLY SUBMITTED this 17th day of February, 2025.

s/Gregory L. Scott
WSBA #17433
Attorney for David Franklin

Your Honor, this character reference letter is submitted to give personal testimony on Mr. David Franklin. My name is Brian K. Paul, and I am a surgical technologist and medical assistant- certified currently working and residing in Goldendale, Washington where I own my residence. I also had an extensive EMS career spanning 31 years in which I was also a Senior EMS Instructor while in Yakima County. I am also a Major with the Yakima Composite Squadron of the USAF Auxiliary/CAP and a former Squadron Commander. My knowledge, professional contact, and friendship with Mr. Franklin extends over a twelve plus year period primarily beginning with my time in the United States Air Force Auxiliary Civil Air Patrol. My last contact and working relationship with Mr. Dave Franklin trailed off in about the end of 2020 when he left our unit to focus on his business.

While I am grossly dismayed and truly flabbergasted by the information I recently received about Mr. Franklin, I can steadfastly attest to his character and professionalism during my time interacting and associating with both he and his spouse Becky. Dave was our unit Chaplain, Mission Pilot and Character Development Instructor. Dave was my mentor and very instrumental in mentoring me while aspiring to be a fellow Character Development Instructor within our unit. Moreover, I have flown several CAP missions with Dave as well as numerous training and requalification flights with him. Mr. Franklin's piloting and communications skills were exceptional and he was well respected for this within our unit and several others. Every flight, mission and requalification tasking began with prayer. Dave conducted a multitude of cadet orientation flights with our youth, receiving nothing but praise for his educational tutelage. Dave was very engaged in our unit and was respected for his knowledge, helpfulness and truly leading by example and devout character. This reputation and his character earned him some prestigious awards and recognition across our state and nationally within the CAP community especially within the chaplaincy. Dave was always of deep faith, speaking about and putting God first in everything he did. Additionally, I have been within Mr. Franklin's home and have met with and been friends with his spouse Becky. His home was always nicely appointed and always welcoming and beautifully maintained.

In all my time within our unit, including as our Squadron Commander, no complaints or concerns were ever registered or alluded to about Lt. Colonel Dave Franklin. I never saw, nor heard of any rumor(s) or any questionable conduct or character flaws related to Mr. Franklin; his reputation and character were sterling and considered so throughout the Civil Air Patrol (CAP) community. My subordinate officers and cadet leadership officers never had any unflattering or concerning commentary or issues that were brought to my attention or any previous Squadron Commander within our unit over his years of service. I can be contacted at 509-506-5207 or at my email address of Helimedic500@hotmail.com should any further information be needed. May my testimony delineated here give insight to the David Franklin I knew, worked and trained with. How and why he became part of this lurid activity is unfathomable to me as he is the very last person I would ever suspect or ever expect to be involved in this activity.

Respectfully Submitted,

Brian K. Paul

08, January 2025- 1854 hrs.

Your Honor,

I am writing this on behalf of my husband, Chaplain Richard Olsen, who passed 6 months ago, for David Franklin.

Dave was a good friend of my husband for over 25 years. They originally connected in church, and they spent many hours talking to each other about religion and the Bibile. Both Dave and Rick were pilots, so it was only fitting that Dave also talked my husband into joining the Civil Air Patrol, Rick eventually becoming the CAP Chaplain for WA State. Together, they made a strong support team for all of the WA CAP, and especially our squadron here in Yakima. They also just flew for the fun of it, sparring with each other and lifting each other up spiritually and mentally while flying over the Cascades. Throughout their relationship, Dave was always encouraging and challenging Rick to be a better man of God.

I have also gotten to know Dave more over the last decade since we moved to Yakima, and worked some with him in the CAP. But more importantly, he has also been helping me through my time of grief. I have followed in Rick's footsteps in staying in contact with Dave (Rick visited Dave in jail being the Yakima County Sheriff Chaplain), and have been writing to him in jail, and he has reciprocated with support and guidance which I no longer have from my husband.

Though Dave succumbed to Satan's temptations, none of us being sinless, he is a Godly man, and was and is a good and faithful friend to both Rick and myself.

Regards,

Connie Damata

1-3-2025

Your Honor,

    Thank you for your time & service. Today I write to you on behalf of David Franklin, a man I met here in jail almost two years ago. I've seen hundreds of guys come through here over the last 52 months, like David I've never been incarcerated thus acclimatization to this place has been an enormous shock. Long term pretrial detention is demoralizing, like David I lost the love of many family members & life long friends, all in a very short time, our choices burned all our societal bridges thus we sit here in jail immersed in a grief ridden psychosis of sorts. I witnessed David go through the grief & loss process, shed tears, show signs of disassociation, finally humbled, I've witnessed him reborn in his convictions. David and I have spent hundreds of hours sharing understandings of faith through Bible studies of the Word as well as mentoring fellow inmates in practical application of Gods Holy Scriptures.

    Many times together we've shared epiphanies-moments of enlightenment of various scriptures, in understanding matters of sexual addiction (S.A.A), coming to know cognitive rehabilitation & Neuroplasicity with regards to "re-entery strategies" "recidivism" "criminalness", and I praise the Almighty to have met David as he has been selfless, he has been paramount in my spiritual growth, emotional & mental health progress. I've spent the last few weeks praying for this letter, David has become a dear friend of mine, a mentor, a brother in Christ. I can only give account of him at the lowest point of his life, which I believe has brought David his salvation.

(1)

From this place it's almost impossible to hope, to see any type of future when most if not all step away from us. Before and during these times what identifying marks that exemplify the character of a person, that defines said person in words to be known and measured, measured on our set scales of Justice balanced with equal parts of Grace, Mercey, Love & Compassion, given the merits of said persons life and for the purpose of this letter a genuine observation from various times, perspectives, and so on & such ways to peice together a clear picture - content of Davids character. Every step of the way David has been proactive and persistent. David has a good heart, I beg of you to afford him a miracle split sentence.

I'm a, father of 3. Married to a wonderful woman named Jolene; granduncle to dozens & I of about 300+ family members from the Yakama Nation Reservation. I've been of service to my family and my People of the Columbia River Basin for 34 years, in 30 to 90 days I get to go home to begin a life long journey of redemption and to continue the good fight for the Almighty. I promise you I'll make a place for David in my family - amongst my people if he so desires.

Your Honor thank you for your time.

Haver H. Jim

(2)

December 30, 2024

To Whom It May Concern:

My name is Lola A. Franklin, the mother of David Roger Franklin – 053286 A-F. So I have known him all of his life.

His father, now deceased, was Donald P. Franklin, an ordained Assemblies of God minister. So David grew up as a Preacher's Kid . . . a PK, in a strong Christian family.

He was always a good Kid, choosing good friends, and never a cause of concern for us as his parents.

He made good grades in school, and we didn't have to make him study. He was a good self-inspired student.

He graduated from High School in Willard, Oklahoma. Then he enrolled in Central Bible College, an Assemblies of God College, in Springfield, Missouri to prepare to be a minister. While in college he met the pretty daughter of another Assemblies of God minister, whom he later married.

To this union were born five children, three boys and two girls, all of whom are citizens in good standing in their communities.

For a time David and Becky were pastors of Assemblies of God Churches. For years he served as Chaplain for the Civil Air Patrol. For 50 years he provided leadership for the Royal Rangers, which is a Boy's Program in the Assemblies of God similar to the Boy Scouts, with a strong emphasis on the spiritual.

For some reason, unknown to me, he left the pastorate and became involved in business where he became a successful businessman, and became president of his company.

I have always been so proud of David, and do not understand the nature of his current situation.

If I can be of additional help, please be in touch.

Sincerely,

*Lola A. Franklin*

Lola A. Franklin

Your Honor,

I am writing on behalf of David Franklin. I have been acquainted with Dave for the past 19 years through the Civil Air Patrol and became close friends. During these years which included, spending time in a cockpit flying Search And Rescue operations together, having Dave be the wedding officiant for my son and most recent, being the local Squadron Commander, responsible for overseeing his performance and responsibilities in the Yakima Composite Squadron. I have always described Dave as "the most humble person" that I've ever met.

In this extraordinary situation, I am once again reassured that Dave is still this humble person. I am confident that the court has addressed the sin that was committed and by Dave's "guilty" plea, it has brought to the forefront for me the fact that Dave has made the decision to take the responsibility and the outcome of what is to come, and he has humbled himself before his fellow friends.

Respectfully,

Norman W. Kautz

# Rev. Owen C. Carr



January 4, 2025

To Whom It May Concern:

David Roger Franklin – 053286 A-F is my nephew, my Sister's son, so I have known him all his life.

Since we lived in different states, his childhood and teenage years were not spent in a way that I could observe him. His Mother told me David was always a well-behaved and obedient boy. He never caused them worry or concern.

However when he graduated from high school he enrolled in Central Bible College, a Ministerial Training School, and I became more interested, since I am an ordained Assemblies of God Minister.

Also he didn't live in a dorm, but lived with my Mother, near the school. Which gave me even more opportunity to be with him when I would visit Mother. Mother observed that he never dressed like a "punk", chose good friends, had good study habits, kept good hours.

After he graduated from Bible College, he married, and they became Pastors. He invited me to be guest speaker in the church he pastored, so I got to spend some good one-on-one time with him.

His Father, now deceased, was also an ordained Assemblies of God minister. The inscription on his head stone reads, "A lover of God and His Word."

The Assemblies of God has a Boy's program called Royal Rangers . . . similar to The Boy's Scouts . . . with a heavy spiritual emphasis. His Father provided leadership in Royal Rangers for many years. David followed in his father's footsteps, and also provided leadership in this organization for 50 years.

Every contact I have ever had with David has been positive . . . so it is almost impossible to believe that he is in any kind of trouble.

January 4, 2025
David Roger Franklin -053286 A-F
Page 2

May the Lord give wisdom to those working with David as he goes through this experience.

If I can do anything more to help him, please let me know.

Sincerely,

*[signature]*

Owen C. Carr. Uncle Owen

Timothy W Bardell 

6 January 2025

Gregory L Scott ATTY
P O Box 701
Yakima WA 98907

Subj: Letter of Support for David Franklin

Dear Mr. Scott

In a letter dated 19 Dec 2024, David Franklin stated you were gathering letters of support regarding his sentencing for federal pornography crimes scheduled for 4 Feb 2025. I request that this letter be considered.

I met David Franklin on 18 Oct 2024 following my arrest. David and I have similar life stories. We are close to the same age, families, church, profession, community service, and general achievement. When we met at the jail, there was a kindred spirit. Our mutual confinement enabled many hours of sharing hearts, stories, loss, prayer, and Bible study. We have exchanged letters since my release awaiting trial.

As design professionals, we did a project together. We both had pro bono roles in the construction of the Dining Hall at Camp Fife near Bumping Lake. He did the kitchen equipment, and I did the structural engineering. Our personal relationship has been short, but I think I know the man.

Regarding the punitive sentencing of David Franklin, sentencing should consider the following:

1. David Franklin is repentant, and he is NOT EVIL. I see a man that wants and needs opportunity for restoration and healing and does not need further flogging. Recidivism is not likely. He is NOT A THREAT to public Safety. The process of prosecution has done the turn-around correction intended by the prison system.

2. David Franklin in the last year and a half during these proceedings has LOST ALMOST EVERYTHING he possessed. He has lost his reputation, job, marriage, kids, most of his friends, and all his wealth. The leprosy of being labeled sexual offender repels and destroys.

3. David Franklin is quickly approaching the end of his useful life. At nearly 70 YEARS OLD, and in reasonably good health. A long prison term would be a life sentence.

4. David Franklin has skills and abilities that could continue to benefit the community. Prison would represent WASTED SKILLS and TALENTS as manager and leader.

5. David Franklin provided many years of COMMUNITY SERVICE. He served 38 years as a mission pilot with the Civil Air Patrol. He has been involved with the Royal Rangers (Similar to Boy Scouts) for 60 years and has served as a regional director for about one decade. He has served at the Union Gospel Mission. He has participated in many other roles involving selfless giving of oneself for the benefit of others. These selfless acts of service could and should be counted as credit toward any punitive debts the court may determine he owes.

6. David Franklin, during his 18 or so months in the Yakima County Jail, has also served the many in-mates assigned to the YCDC-MJ Annex E, as an unofficial counselor, chaplain, and group leader. He has accumulated and offers to inmates a sizable library of Christian books. I appreciated access to one of his Bibles during my stay. Recently he set up a Christmas event for the inmates with attendance over 20 inmates. David has a servant's heart. The community needs more people like David Franklin.

7. David Franklin is more of a VICTIM than a criminal. During your interview with me on 24 September 2024, you scared me with stories that some porn sites will passively use site visitors to relay interstate porn leaving incriminating files. When one considers the frequency of porn use in the USA, hard penalties for passive, involuntary possession of child porn seems to be a ticking time bomb affecting a broad scope of men and women. I have not seen his discovery file, but I expect to see a struggler with a cyclical binge and purge addiction to internet porn, rather than a heartless and indulgent reprobate. He needs restorative counseling, not prison.

8. David Franklin has a rich history of serving youth without offense. Youth leaders and mentors are rare. It would be a community benefit to not apply the youth contact restrictions typically assigned to sexual offenders.

I consider David Franklin almost a brother. If you need or want anything else on this matter, please contact me.

Sincerely

Tim Bardell,

Copy to:
David Franklin

Greg Scott, Attorney  
P.O. Box 701  
Yakima, WA 98907

December 5, 2024

RE: Letter of Reference For David Franklin

To Whom It May Concern;

I have been a friend of David Franklin for almost twenty years. My area of knowledge and relationship has been as a fellow Chaplain for the U.S. Air Force Auxiliary/Civil Air Patrol. This is where David and I knew each other and worked together.

I had observed David to be an encouragement, help, and support to both Cadets (ages 13-21), and Senior Members (21+). His demeanor while counseling, and his care of those who sought his advice is something that I saw first hand. David was a help and a guide to many during difficult situations.

I did not know of David's personal life or his suspected criminal behavior. I just recently learned of his arrest and incarceration. I am sorry that such a good man as David has fallen to this crime of possession of child pornography. Something that I have spent a life-time fighting.

I am a 45 year law enforcement veteran where most of my career was spent working on and eventually being a task force leader in Internet Crimes Against Children, a task force leader for the National Center of Missing and Exploited Children, a Homicide and Sex Crimes Detective, and a founding member of the WA State Sudden Unexplained Infant/Child Death Investigations Task Force.

Almost my entire life was spent investigating and arresting child murderers, child rapists, child molesters, and child pornographers. Due to my lifelong career, my friend's actions affect the very core of my life. I have even been decorated for my actions regarding my work. So what I am going to say is coming from a lifetime of work against people that I fought so hard with.

I truly believe that David has received his punishment for his possession of child pornography and that he absolutely knows his criminal behavior. I believe that David got caught up in this detestable crime for reasons that he only knows, but that I know that this type of behavior is now behind him. To me, his actions are not defendable or justified, but I know that for the type of man that I worked with for almost twenty years, he is a changed man.

I have arrested numerous individuals for horrific crimes against children and David does not fit in their category. Though David's actions are criminal and go against my lifetime of work, I believe that David is a good man that made some terrible decisions.

Bottom line. I would not write a letter of good reference, especially with the 45 year career that I have had unless I believed that the person in question was remorseful and able to be rehabilitated. That person is David Franklin.

This letter of good reference is respectfully written.

Sincerely,

William Adam

William Adam, PhD  
Shelton, WA

I hereby certify that on February 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michael D. Murphy
Assistant United States Attorney
United States Attorneys Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901

                                              s/Gregory L. Scott
                                              WSBA #17433
                                              Attorney for David Franklin
                                              Scott Law Office
                                              6 S. 2nd Street, Suite 1118
                                              Yakima, WA 98901
                                              Telephone: (509) 574-0991
                                              Fax: (509)574-3177
                                              Email: gregory@scottlaw.net