Gregory L. Scott
6 S. 2nd Street, Suite 1118
Yakima, WA 98901
(509) 574-0991
gregory@scottlaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Stanley A. Bastian)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:23-CR-2026-SAB |
| Plaintiff, | ) ) | COURSE COMPLETION CERTIFICATES |
| vs. | ) ) | |
| DAVID ROGER FRANKLIN, | ) ) | |
| Defendant | ) ) ) | |

COMES NOW the Defendant, David Franklin, by and through his attorney of record, Gregory L. Scott, and respectfully submits the certificates of course completion and EDOVO transcript for consideration at his sentencing.

RESPECTFULLY SUBMITTED this 17th day of February, 2025.

s/Gregory L. Scott
WSBA #17433
Attorney for David Franklin

# Bible Correspondence Course
## *Certificate*

ROGER DAVID FRANKLIN , having satisfactorily completed the

Bible study course, **The New Life in Christ course 2**, is granted this Certificate by Source

of Light Ministries International in recognition of this achievement on the 3rd

day of January in the year of our Lord 2024 .

## *Source of Light Schools*

General Director
SLM International

Representative

EN:NL2-C 201506

*The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also.*     2 Timothy 2:2

# Bible Correspondence Course
## *Certificate*

DAVE FRANKLIN

, having satisfactorily completed the

Bible study course, **Practical Christian Living**, is granted this Certificate by Source of

Light Ministries International in recognition of this achievement on the    26th

day of  September       in the year of our Lord   2023       .

### *Source of Light Schools*

General Director
SLM International

International Schools Director
SLM International

Representative

*The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also.          2 Timothy 2:2*

EN:PCL-C  201407

---

Please choose one of the following two awards:

☐ NIV Bible
A paperback copy of both the Old and New Testaments. You have the alternative of receiving a Spanish Bible by checking here: ☐

Armed & Dangerous ☒
A book of Bible Promises arranged in 109 Categories.

**Please print clearly on the dotted line below the name you would like to have put on the front of your award.**
*(Not more than 17 letters and spaces)*

DAVE FRANKLIN

Date 10.12.2023

**STUDENT'S NAME & ADDRESS:**

Name: DAVE FRANKLIN

DOC#: 53266        A·E

Housing Unit: YAKIMA COUNTY DOC

Address: 111 N. FRONT STREET

City: YAKIMA        State: WA    ZIP: 98901

**Address to send award (if different than above):**

Name: → SEND WHEN → WHEN I WRITE

Address: BACK PLEASE ← COULD BE CHANGE

City: LOCATIONS NEXT SEND THX   State: ___   ZIP: Please W

**Student's Home Address (optional):**

Name: DAVE FRANKLIN

Address: 450 L FULLER LANE

City: YAKIMA        State: WA    ZIP: 98908

# Bible Correspondence Course
## Certificate

DAVE FRANKLIN , having satisfactorily completed the Bible study course, ***Understanding True Love***, is granted this Certificate by Source of Light Ministries International in recognition of this achievement on the 6th day of October in the year of our Lord 2023 .

*Source of Light Schools*

General Director
SLM International

Representative

*The things that thou hast heard of me among many witnesses, the same commit thou to faithful men, who shall be able to teach others also.* 2 Timothy 2:2

EN:UTL-C 201506

---

# Bible Correspondence Course
## Certificate

DAVE FRANKLIN , having satisfactorily completed the Bible study course, ***The New Life In Christ course 3***, is granted this Certificate by Source of Light Ministries International in recognition of this achievement on the 26th day of September in the year of our Lord 2023 .

*Source of Light Schools*



General Director
SLM International

Representative

*The things that thou hast heard of me among many witnesses, the same commit thou to faithful men, who shall be able to teach others also.* 2 Timothy 2:2

EN:NL3-C 201504

# Gospel Express Evangelistic Team

*Certificate*

This is to certify that **DAVE FRANKLIN**

has successfully completed *"The Gavel Falls"* of the

## Roman's Bible Study Course Series

Granted this ___9th___ day of ___November___, 20_23_



_Dave Miller_

Evangelist Dave Miller



Bible Study Course Grader

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*



# Gospel Express Evangelistic Team

## Certificate

**This is to certify that**

**DAVE FRANKLIN**

has sucessfully completed *"The Sentence Lifted"* of the

# Roman's Bible Study Course Series

Granted this ___9th___ day of ___November___ , 20 __23__



_____
Evangelist Nelson Coblentz



_____
Bible Study Course Grader

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

6

# Gospel Express Evangelistic Team

## Certificate

This is to certify that **DAVE FRANKLIN**

has sucessfully completed *"The Chain Broken"* of the

# Roman's Bible Study Course Series

Granted this ___9th___ day of __November__, 20 23




Evangelist Nelson Coblentz

Bible Study Course Grader

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

11

# Gospel Express Evangelistic Team

## Certificate

This is to certify that

**DAVE FRANKLIN**

has successfully completed *"The Desertion Explained"* of the

# Roman's Bible Study Course Series

Granted this ___9th___ day of ___November___, 20 23



Evangelist Nelson Coblentz

Bible Study Course Grader

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

13

# Gospel Express Evangelistic Team

## Certificate

This is to certify that **DAVE FRANKLIN**

has successfully completed *"The Self Offered"* of the

# Roman's Bible Study Course Series

Granted this ___3rd___ day of ___October___, 20 23



Evangelist Nelson Coblentz

Bible Study Course Grader

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2.15*



Gospel Express Evangelistic Team

*Certificate*

This is to certify that **DAVE FRANKLIN**

has successfully completed PART ONE of the Bible Study Coarse Series,

*"The Touch of God's Hand"*

Granted this ___25___ day of ___Oct___ , 20_23_

Evangelist Nelson Coblentz

Bible Study Course Grader

*"Thy word have I hid in my heart*
*that I might not sin against thee."*
*Psalm 119:11*

ε





# Gospel Express Evangelistic Team

## Certificate

This is to certify that

**DAVE FRANKLIN**

has successfully completed TOPIC TWO of the Bible Study Course Series,

## "Jesus, The One Who Touches Us"

Granted this ___ 25 ___ day of ___ Oct ___ , 20 23

*Dave Miller*
Evangelist Dave Miller

_____
Bible Study Course Grader

*"Thy word have I hid in my heart*
*that I might not sin against thee."*
*Psalm 119:11*

# Gospel Express Evangelistic Team

## Certificate

This is to certify that

**DAVE FRANKLIN**

has successfully completed PART TWO of the Bible Study Coarse Series,

## *"Jesus, The One Who Touches Us"*

Granted this _27th_ day of _October_, 20_23_

_Nisbeg E. Coblentz_
Evangelist Nelson Coblentz

_PASTOR_
Bible Study Course Grader

*"Thy word have I hid in my heart*
*that I might not sin against thee."*
*Psalm 119:11*



# Gospel Express Evangelistic Team

*Certificate*

This is to certify that

**DAVE FRANKLIN**

has successfully completed TOPIC THREE of the Bible Study Course Series,

**"Our Life Together"**

Granted this ____25____ day of ____Oct____ , 20 23

Dave Miller
Evangelist Dave Miller

Bible Study Course Grader

"Thy word have I hid in my heart
that I might not sin against thee."
Psalm 119:11



# Gospel Express Evangelistic Team

### Certificate

This is to certify that **DAVE FRANKLIN**
has successfully completed PART THREE of the Bible Study Course Series,

### "Our Life Together"

Granted this ___27th___ day of ___October___, 20__23__

_Nelson E. Coblentz_
Evangelist Nelson Coblentz

_[signature]_ PASTOR
Bible Study Course Grader

*"Thy word have I hid in my heart
that I might not sin against thee."
Psalms 119:11*

73



ε



Prisoners for Christ Outreach Ministries

recognizes

*Dave Franklin*

as having successfully completed

**Basic Beliefs**

from the

PFC Bible Study Correspondence School

Conferred this 12th Day of December, 2023

Greg Von Tobel
President

Robert F. Jordan
Chairman of the Board

# Gospel Express Evangelistic Team

## *Certificate*

**This is to certify that** ___DAVE FRANKLIN___

**has successfully completed** *"The Gavel Falls"* **of the**

# Roman's Bible Study Course Series

*Granted this* ___10th___ *day of* ___Nov.___, 20 23

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

*Dave Miller*
_____
Evangelist Dave Miller

*J. Musselman*
_____
Bible Study Course Grader

---

# Gospel Express Evangelistic Team

## *Certificate*

**This is to certify that** ___DAVE FRANKLIN___

**has sucessfully completed** *"The Sentence Lifted"* **of the**

# Roman's Bible Study Course Series

*Granted this* ___10th___ *day of* ___Nov.___, 20 23

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

*Nelson E. Coblentz*
_____
Evangelist Nelson Coblentz

*J. Musselman*
_____
Bible Study Course Grader



# Gospel Express Evangelistic Team

## *Certificate*

This is to certify that _____DAVE FRANKLIN_____

has sucessfully completed **"*The Chain Broken*"** of the

# *Roman's Bible Study Course Series*

Granted this ____**10**th____ day of ____**Nov.**____, 20 **23**

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

*Nelson E. Coblentz*
Evangelist Nelson Coblentz

*J. Musselman*
Bible Study Course Grader

---

# Gospel Express Evangelistic Team

## *Certificate*

This is to certify that _____DAVE FRANKLIN_____

has successfully completed **"*The Desertion Explained*"** of the

# *Roman's Bible Study Course Series*

Granted this ____**10**th____ day of ____**Nov.**____, 20 **23**

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

*Nelson E. Coblentz*
Evangelist Nelson Coblentz

*Musselman*
Bible Study Course Grader

# Gospel Express Evangelistic Team
## *Certificate*

This is to certify that _____DAVE FRANKLIN_____

has successfully completed *"The Self Offered"* of the

# Roman's Bible Study Course Series

Granted this ____**4th**____ day of ____**October**____, 20 __**23**__

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15*

_____
Evangelist Nelson Coblentz

_____
Bible Study Course Grader

# Certificate of Completion

This certifies that

## Dave Franklin

Has successfully completed the

### THE FOUNDATION OF FAITH - THE BIBLE

Bible Study Correspondence Course

Through

**Evangel Prison Ministries**
6900 Billtown Road
Louisville, Kentucky 40299



_December 4, 2024_
Date

_Kevin McKnight_
Signature



# CERTIFICATE
## OF ACHIEVEMENT

### THIS CERTIFICATE IS PROUDLY PRESENTED TO

*Dave Jaranillo*

For *Certificate of Completion for six week study course on the spirit*

Given in _07_ on the day of _31_ in the year _2024_.



*Pastor David Gonzales*
SIGNATURE

N# 53286
AE #70
Franklin,
David

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Prison! My 8,344th Day (Text Version)

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, mile-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 22, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Social Studies - Geography

SCORE: Needs Improvement
One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

President of Edovo

January 22, 2025
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

### pyLessons With The Sweet Scroll The Prayer

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion.

January 22, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Learn Your Strengths from Shining Light

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

President of Edovo

January 22, 2025

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

In the Courtroom

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

January 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Lesson One: The Shape and Story of the Psalter

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

_____
President of Edovo

January 22, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Neil Gaiman Teaches the Art of Storytelling

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 22, 2025

Date

*President of Edovo*

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Michael G. Santos: Straight-A Guide

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

President of Edovo

January 22, 2025
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Basic Principles of Morality - Part I, Course 1

**SCORE:** Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 22, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

### Criminal Process: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 22, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Prison! My 8,344th Day (Video Version)

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a Passed Certificate of Completion

_____
President of Edovo

January 22, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Beyond Prison, Probation, and Parole

**SCORE:** Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 22, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

CEO of Your Life Part 1: Humble Beginnings to CEO: With Terry

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 28, 2025

Date

President of Eclovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the trainee.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

New Testament Survey

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 28, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Good News For All

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 28, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, mile-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Managing Anger God's Way

**SCORE:** Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

_____
President of Pdovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned hour credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## ECS24 - Plating

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, completion credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Apply Your Strengths from Shining Light

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to career credit, milestone-earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 28, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

CEO of Your Life Part 2: Building a Successful Telemarketing Business

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

_____

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Grow with Google: Google Drive for Beginners

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 28, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## CEO of Your Life Part 3: Homeless to CEO Success

SCORE: Passed

All course requirements were successfully met in order to earn a 'Passed' Certificate of Completion.

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to: course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

MasterMind Course: Earning Freedom by Michael Santos

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

_____
President of Edovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

PMI: Path of Freedom (v2022)

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to: course credit, academic-earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## Introduction to Plumbing Tools and Drawings

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Introduction to Carpentry

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Houses of Healing: The Basics

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

_____
President of Edovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, substance earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

The Roadtrip Nation Experience

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Lesson Three: The Chosen People and the Covenant

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course credit, mile-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

Lessons for Christian Living

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a "Passed" Certificate of Completion

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course-credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## Lesson One: God and the Creation of Man

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

The Art of Soulmaking: The Path to Unconditional Freedom

SCORE: Unevaluated

One or more course requirements need to be evaluated in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Eduvo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## Journey Through the Bible

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR PARTICIPATING IN

The Journey Home

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Licensee.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Introduction to Acts and Acts 1-5, Lesson 1

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed Certificate of Completion

_____
President of Edovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION



PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Sexual Wellness: Your Health, Your Body, Your Choice

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 20, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course-credit, milestone, earned time-credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR PARTICIPATING IN

## Grow with Google: Start a Resume

SCORE: Needs Improvement

One or more course requirements need improvement in order to earn a 'Passed' Certificate of Completion

_____
President of Edovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Construction Management: Reading Drawings and Specifications

SCORE: Passed

All course requirements were successfully met in order to earn a 'Passed' Certificate of Completion.

January 28, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.





# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## LISTEN & RESPOND: DARKENED ROAD AHEAD

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Ask Someone to Be a Reference

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

_____
President of Edovo

January 28, 2025
_____
Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Jeremiah, Ezekiel, and the New Covenant, Lesson Three - The Prophets and Morality

SCORE: Passed

All course requirements were successfully met in order to earn a Passed Certificate of Completion

January 28, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## What the Bible Teaches

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to career-credit, mile-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



BUILDING BETTER LIVES
edovo



# CERTIFICATE OF COMPLETION

PRESENTED TO

DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Hospitality and Tourism

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

President of Edovo

January 28, 2025

Date

This certificate is not equivalent to career credit, mile-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## How Can I Heal from Child Sexual Abuse?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

President of Edovo

December 30, 2024

Date

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

## The Freedom Fight Sex Addiction Recovery Progra

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

President of Edovo

January 29, 2025

Date

This certificate is not equivalent to course credit, mid-stone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## DAVID FRANKLIN

FOR SUCCESSFUL COMPLETION OF

Five Things You Need to Know About Memory Loss and Dementia

SCORE: Passed

All course requirements were successfully met in order to earn a 'Passed' Certificate of Completion.

January 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the learner.



# edovo

**OFFICIAL TRANSCRIPT FOR:**
## DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| **669** | **123** | **545** | **48** |

## 48 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Michael G. Santos: Straight-A Guide | The Straight-A Guide is a video-based course made to help students learn how to pursue a law-abiding life where they can contribute to their community. It has been designed and delivered by a former prisoner, | 15 hr 29 min | **PASSED** Completed: Jun 9, 2024 |
| The Freedom Fight Sex Addiction Recovery | This program is biblically based, gospel centered and clinically informed to help you address the roots of your sex addiction so you can outgrow porn and live the life that God has for you. By completing this course you will | 11 hr 44 min | **PASSED** Completed: Jan 19, 2025 |
| PMI: Path of Freedom (v2022) | Fleet Maull Ph.D, Vita Pires, Ph.D., and the Prison Mindfulness Institute (PMI) have created this video-based course to help you practice mindfulness to improve your everyday life and work towards your long- | 10 hr 44 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| MasterMind Course: Earning Freedom by Michael Santos | The MasterMind is a video-based, reentry course designed to help you return to society with your dignity intact and with opportunities to thrive. The course is inspired by the personal life of Michael Santos, a former | 8 hr 56 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| Prison! My 8,344th Day (Video Version) | For 26 years, Michael Santos was a federal prisoner. During his life as a prisoner, he recalibrated, becoming more mindful of his responsibility to live as a good citizen. He created a disciplined plan with hopes of | 7 hr 49 min | **NEEDS IMPROVEMENT** Completed: Jan 22, 2025 |
| Neil Gaiman Teaches the Art of Storytelling | Get ready to dive into storytelling and writing! Join this digital course led by the renowned author, Neil Gaiman, and get ready for an adventure like no other. Together, we'll learn all about crafting powerful stories. With | 7 hr 30 min | **NEEDS IMPROVEMENT** Completed: Jan 22, 2025 |
| Beyond Prison, | Beyond Prison, Probation & Parole is a motivational film | 5 hr 60 min | **NEEDS IMPROVEMENT** |

| Probation, and Parole | series that features inspiring stories told by formerly incarcerated men and women who have overcome the ~~hurdles, stigmas and challenges associated with~~ | | Completed: Jan 22, 2025 |

**DAVID's Learner ID:** 053286                                      Page 1 of 7



**OFFICIAL TRANSCRIPT FOR:**

## DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Prison! My 8,344th Day (Text Version) | For 26 years, Michael Santos was a federal prisoner. During his life as a prisoner, he recalibrated, becoming more mindful of his responsibility to live as a good citizen. He created a disciplined plan with hopes of | 4 hr 12 min | **NEEDS IMPROVEMENT**<br>Completed: Jan 22, 2025 |
| CEO of Your Life Part 3: Homeless to CEO Success | "At an early age, Eric found himself homeless and unemployed. As the product of a broken marriage and the challenges that it creates, Eric turned his hardships into passions. Eric did not receive any formal college | 3 hr 42 min | **PASSED**<br>Completed: Dec 4, 2023 |
| New Testament Survey | The Bible is a big book covering many centuries of history, cultures, and people. Despite the size and diversity of the Bible, the writers of the New Testament claim that Jesus Christ stands as the center and climax | 3 hr 06 min | **NEEDS IMPROVEMENT**<br>Completed: Jan 28, 2025 |
| Construction Management: Reading Drawings and | Construction drawings are instructions that a designer has drawn up to translate the owner's ideas, tell you what materials, parts, and pieces you need for a project, and explain where to place those items in the field. If | 2 hr 42 min | **PASSED**<br>Completed: May 28, 2024 |
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are.  At Roadtrip Nation, we know what it's like to feel lost because we've been there. That's why, in 2001, we hit | 2 hr 32 min | **NEEDS IMPROVEMENT**<br>Completed: Jan 28, 2025 |
| The Art of Soulmaking: The Path to Unconditional | "Heal yourself within and watch those around you transform." The Unconditional Freedom Project's Art of Soulmaking eight-week correspondence course is about restoring dignity. Restoring dignity means | 2 hr 27 min | **NEEDS IMPROVEMENT**<br>Completed: Jan 28, 2025 |
| CEO of Your Life Part 1: Humble Beginnings to CEO: With Terry | Terry Merlin, an accomplished entrepreneur, developed experience over several decades by heading staffing agencies. He has raised several million in revenue and helped thousands of job seekers find meaningful work. | 2 hr 25 min | **NEEDS IMPROVEMENT**<br>Completed: Jan 28, 2025 |

| Course name | Overview | Time | Status |
|---|---|---|---|
| LISTEN & RESPOND: DARKENED ROAD AHEAD | Bridgeworks team musician Danny Wilson and artist/writer Tracy Schlapp travel to prisons around Oregon to bring musical performance inside; they run writing workshops, and publish an online literary journal | 2 hr 22 min | **PASSED** Completed: Jun 23, 2024 |
| How Can I Heal from Child Sexual Abuse? | Join Saprea for a class about trauma and its impact on the brain and body. Walk away with a better understanding of the lasting impacts of trauma and healing tools to navigate your experiences. | 2 hr 11 min | **PASSED** Completed: Dec 30, 2024 |

**DAVID's Learner ID:** 053286



## OFFICIAL TRANSCRIPT FOR:
## DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Good News For All | In this concise study of Paul's letter to the church in Rome, we will learn step by step that the gospel is "the power of God to salvation for everyone who believes." Paul proclaims God's plan to provide deliverance for | 2 hr 07 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| The Journey Home | Jesus used this account of a well-known family in His day to provide His listeners (then and today) with a graphic illustration of the Heavenly Father's love. It's His delight to give us our desires, and He wishes to accept | 2 hr 07 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| Introduction to Plumbing Tools and Drawings | In this course you will review the plumbing profession, with a focus on the tools and drawings that are most commonly used. This course was written by USAID and ALISON. | 1 hr 59 min | **PASSED** Completed: Jun 9, 2024 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: -Learn about positive qualities we all have, and how to identify them -Hear insight and | 1 hr 54 min | **NEEDS IMPROVEMENT** Completed: Jan 22, 2025 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving you the opportunity to: -Take an in-depth look at the | 1 hr 44 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| What the Bible | The Bible is a story about God stepping into human | 1 hr 42 min | **PASSED** |

| | | | |
|---|---|---|---|
| Teaches | history to save His rebellious creatures through the person and work of Jesus Christ. The sheer length of the Bible makes it difficult to keep track of what it says | | Completed: Aug 26, 2024 |
| Managing Anger God's Way | Anger is a God-given emotion, not a behavior. It is neither good nor bad, though it excites good or bad behavior depending on our inner spiritual condition. In this study course, we will learn from Scripture about | 1 hr 36 min | NEEDS IMPROVEMENT Completed: Jan 28, 2025 |
| CEO of Your Life Part 2: Building a Successful Telemarketing | Steve is a successful entrepreneur who started his own telemarketing company with an investment of just $500.00. Within eight years of forming the company, Steve's business grew into an enterprise that employed | 1 hr 35 min | NEEDS IMPROVEMENT Completed: Jan 28, 2025 |
| Introduction to Changin' Your Game Plan: The Blueprint to | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while doing your time. It will show you how to | 1 hr 27 min | NEEDS IMPROVEMENT Completed: Jan 28, 2025 |

**DAVID's Learner ID:** 053286

Page 3 of 7



**OFFICIAL TRANSCRIPT FOR:**
DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Journey Through the Bible | God has a blueprint for the past, present, and future. His blueprint contains a plan for man, for the nations, for Israel, for the lost, and for the saved. This study course takes us on a journey through the Bible to | 1 hr 18 min | PASSED Completed: Jun 9, 2024 |
| Sexual Wellness: Your Health, Your Body, Your Choice | This course focuses on information about how to prevent Sexually Transmitted Infections and unplanned pregnancy. You will also practice making decisions that are right for your sexual health and different ways to | 1 hr 12 min | PASSED Completed: Jan 20, 2025 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful job | 1 hr 12 min | PASSED Completed: Jun 18, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and | 1 hr 02 min | PASSED Completed: Jul 9, 2024 |

feedback from others

| Lessons for Christian Living | Knowing and following Jesus Christ dramatically changes every aspect of a Christian's life and raises many questions, such as, "How do I pray? What is baptism? Which local church should I attend? How do I | 0 hr 50 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
|---|---|---|---|
| Grow with Google: Start a Resume | In the Google course, Start a Resume, you will learn how to build a resume utilizing free Google Suite tools, like Google Docs. In this course, you will learn how to use existing templates to speed up your resume | 0 hr 49 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| Lesson One: God and the Creation of Man | This online independent study course examines three main themes that are developed in the Book of Genesis. Furthermore, it will examine Catholic methods for reading the text of Genesis and the Old Testament | 0 hr 48 min | **PASSED** Completed: Sep 24, 2024 |
| Jeremiah, Ezekiel, and the New Covenant, Lesson Three - | This online independent study course examines the Old Testament prophets as the conscience of ancient Israel and as insightful guides to moral theology for the modern Christian. This course will additionally study | 0 hr 42 min | **PASSED** Completed: Aug 11, 2024 |
| Social Studies - Geography | In this course you will learn important geography concepts that will help you succeed on the Social Studies portion of the GED exam. You will learn subjects such as migration and trends, sense of place, | 0 hr 42 min | **NEEDS IMPROVEMENT** Completed: Jan 22, 2025 |

**DAVID's Learner ID:** 053286

Page 4 of 7



**OFFICIAL TRANSCRIPT FOR:**

DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025

Yakima County, WA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Basic Principles of Morality - Part I, Course 1 | Course One: Introduction to Pillar III: Life in Christ Students who successfully complete this lesson should be able to explain the position of the section on morality in the Catechism of the Catholic Church, the | 0 hr 40 min | **NEEDS IMPROVEMENT** Completed: Jan 22, 2025 |
| Career Exploration: Hospitality and Tourism | In this course you will learn about jobs in the fields of Hospitality and Tourism. As you read, think about which jobs may be interesting to you.   This course was created with in formation from the Department of Labor | 0 hr 33 min | **PASSED** Completed: Sep 17, 2024 |

| Lesson One: St. Luke's Version of the Prayer | This online independent study course focuses on the scriptural backgrounds of the New Testament versions of the Lord's Prayer with a view to explaining their relationships to the Gospels in which they occur, and | 0 hr 32 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 22, 2025 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the progress I have made without this program. It was as if | 0 hr 25 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 28, 2025 |
| Grow with Google: Ask Someone to Be a Reference | A reference is a person who can describe your qualifications and character. In this course, you will use learn how to use digital tools to organize information about possible references and how to communicate | 0 hr 25 min | **PASSED** <br> **Completed:** Jul 17, 2024 |
| Lesson One: The Shape and Story of the Psalter | This online independent study course will focus on the Book of Psalms as Religious Poetry and Prayer of both Jews and Christians. The Psalms will also be explored as models of communication with God using the whole | 0 hr 23 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 22, 2025 |
| Introduction to Carpentry | A job in carpentry is not hard to get since you do not have to go to school for it, and it can be very rewarding. Throughout this course, you will learn about the basics of a carpentry job, the materials and tools carpenters | 0 hr 21 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 28, 2025 |
| Five Things You Need to Know About Memory Loss and | We all change as we age, but that doesn't mean everyone will lose their memory. You will learn about memory loss and other ways the brain changes due to Alzheimer's disease and other dementias, and what you | 0 hr 20 min | **PASSED** <br> **Completed:** Jan 21, 2025 |
| Introduction to Acts and Acts 1-5, Lesson 1 | This online independent study course is an introduction to the New Testament book: Acts of the Apostles, from which daily and Sunday Mass readings are chosen throughout the entire season of Easter each year. | 0 hr 18 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 28, 2025 |

**DAVID's Learner ID:** 053286

Page 5 of 7



**OFFICIAL TRANSCRIPT FOR:**

DAVID FRANKLIN

Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| Grow with Google: Google | Google Drive is a safe, secure online location where you can store digital files. In this course, you will learn how | 0 hr 13 min | **NEEDS IMPROVEMENT** <br> **Completed:** Jan 28, 2025 |

| Drive for | to utilize this application and store your digital files | | |
| Lesson Three: The Chosen People and the Covenant | This online independent study course examines three main themes that are developed in the Book of Genesis. Furthermore, it will examine Catholic methods for reading the text of Genesis and the Old Testament | 0 hr 12 min | **NEEDS IMPROVEMENT** Completed: Jan 28, 2025 |
| ECS24 - Plating | In this course, you will learn about plating. By the end of this lesson, you will be able to: 1. Identify the plating techniques   Culinary Arts with Edwins Leadership & Restaurant Institute Culinary Series is divided into | 0 hr 11 min | **PASSED** Completed: Nov 6, 2023 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | 0 hr 10 min | **PASSED** Completed: Aug 11, 2023 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | 0 hr 09 min | **PASSED** Completed: Sep 17, 2024 |

**DAVID's Learner ID:** 053286

Page 6 of 7



**OFFICIAL TRANSCRIPT FOR:**

DAVID FRANKLIN



Aug 6, 2023 - Feb 17, 2025
Yakima County, WA

# Supplemental Learning - 545 hr 09 min

### Summary

Listed below are the top **12** supplemental interactive learning items DAVID has spent time on. In addition, DAVID has engaged with **68 readings**, **449 learning videos**, and **30 audio recordings**.

| Title | Time |
|---|---|
| Max CEO | 78 hr 08 min |
| 01 Matthew | 50 hr 35 min |
| 02 Exodus | 47 hr 06 min |
| 19 Psalms | 44 hr 60 min |
| 03 Luke | 36 hr 20 min |
| 18 Job | 28 hr 50 min |
| Preparing for Success After Prison (PSAP) Program | 27 hr 26 min |
| 01 Genesis | 25 hr 43 min |
| 24 Jeremiah | 19 hr 10 min |
| 26 Ezekiel | 16 hr 52 min |
| 04 John | 15 hr 54 min |
| 04 Numbers | 15 hr 08 min |

Edovo Transcripts

**DAVID's Learner ID:** 053286

I hereby certify that on February 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michael D. Murphy
Assistant United States Attorney
United States Attorneys Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901

s/Gregory L. Scott
WSBA #17433
Attorney for David Franklin
Scott Law Office
6 S. 2nd Street, Suite 1118
Yakima, WA 98901
Telephone: (509) 574-0991
Fax: (509)574-3177
Email: gregory@scottlaw.net